# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DE LEON-TORRES,<br><br>                         Petitioner,<br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>                        Respondent. | CASE NO. 07CV1874-LAB<br>[Related Case No. 04cr2898-LAB]<br>[Related Case No. 05cv2074]<br><br>**ORDER RE PETITION FOR REQUEST OF STATUS**<br><br>[Dkt No. 38] |

Petitioner Ramon De Leon-Torres has requested information regarding the status of his 28 U.S.C. § 2255 habeas petition in case number 07cv1874-LAB. By Order entered October 15, 2007, this court denied that petition with prejudice. As traced in that Order, on April 26, 2006, the undersigned District Judge had denied his 28 U.S.C. § 2255 motion in Case No. 05cv2074-LAB and dismissed that action with prejudice. He appealed that result. By Order entered September 14, 2007, the Ninth Circuit Court of Appeals denied his application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the District Court, for failure to make the required *prima facie* showing. *See* 04cr2898-LAB Dkt No. 35; *see also* 05cv2074-LAB Dkt No. 1. The Ninth Circuit instructed: "No petition for rehearing or motion for reconsideration shall be filed or entertained in this case." Id. On September 20, 2007, DeLeon-Torres impermissibly filed a second or successive 28 U.S.C. § 2255 motion in case number 07cv1874 again seeking to vacate, set aside, or correct his sentence. Petitioner is instructed to desist from further filings under any of his prior case numbers or in any new case associated with his sentence in case number 04cr2898-LAB.

**IT IS SO ORDERED**.

DATED: January 15, 2008

*Larry A. Burns* (signature)

**HONORABLE LARRY ALAN BURNS**
United States District Judge